(121 So. 443)

**Carroll SHARP v. STATE.** (8 Div. 719.)

Court of Appeals of Alabama. March 26, 1929.

James C. Roberts, of Florence, for appellant.
Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J. Reversed and remanded on authority of Hannah v. State (8 Div. 720) ante, p. 88, 121 So. 442.